UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. GESSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-4-DDN |
| | ) | |
| PAUL JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The Court of Appeals has remanded this action for the assessment and collection of the appellate filing fee. Because plaintiff is a prisoner, the Court assesses twenty percent of either his average monthly deposit or average balance, whichever is greater. *See* 28 U.S.C. § 1915(b)(1). After reviewing plaintiff's financial information, the Court has determined that plaintiff must be assessed an initial partial filing fee of $17.75, which is twenty percent of his average monthly deposit.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must pay an initial filing fee of $17.75 within thirty (30) days of the date of this Order. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an appellate proceeding.

Dated this 16th day of December, 2016.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE